UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:25-PO-00064 |
| v. | MAGISTRATE JUDGE JOLSON |
| Kayla Stewart, | |
| Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

                                                                                  s/Kimberly A. Jolson
                                                                                 **KIMBERLY A. JOLSON**
                                                                                 **United States Magistrate Judge**

8/12/2025
**DATE**